UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>EVA C. JEONG, et al.,<br><br>        Defendants. | Case No. 21-cv-02362-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 19 |

Plaintiff filed his complaint on April 1, 2021. (Dkt. No. 1.) Defendants did not appear, and the Court granted Plaintiff's motion for service by publication. (Dkt. No. 15.) On September 10, 2021, the Clerk of Court entered Default against Defendant Eva C. Jeong. (Dkt. No. 19.) Plaintiff has taken no further action since that date, for 224 days.

The Court has a full case load and does not have the time to manage this case for Plaintiff. Plaintiff must prosecute this case diligently. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than May 6, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is admonished that, if he does not file a response by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: April 25, 2022

_____
SALLIE KIM
United States Magistrate Judge